No. 79–86. CRITZER *v.* UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–231. PACIFIC TELEPHONE & TELEGRAPH Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL.; and

No. 79–232. GENERAL TELEPHONE COMPANY OF CALIFORNIA *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari. Reported below: 600 F. 2d 1309.

No. 79–278. CONNELL, CHAIRMAN, NATIONAL CREDIT UNION ADMINISTRATION BOARD, ET AL. *v.* AMERICAN BANKERS ASSN. ET AL. C. A. D. C. Cir. Motion of San Diego Federal Savings & Loan Association for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this motion and petition.

No. 79–5004. PARKER *v.* ROTH. Sup. Ct. Neb. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN would grant certiorari.